# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————————

## No. 201600385

————————————————

## UNITED STATES OF AMERICA
Appellee

v.

## BRANDON E. GRIFFITH
Corporal (E-4), U.S. Marine Corps
Appellant

————————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Col Forrest W. Hoover III, USMC.
Convening Authority: Commanding General, 2d Marine Logistics Group, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Captain Brendan J. McKenna, USMC.
For Appellant: Major Benjamin A. Robles, USMC; Lieutenant Jacob Meusch, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————————

Decided 30 June 2017

————————————————

Before CAMPBELL, FULTON, and HUTCHISON, *Appellate Military Judges*

————————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court